IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY-LOUISE ZANONI,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendant. | Case: 1:08-cv-00939<br>Assigned To : Sullivan, Emmet G.<br>Assign. Date : 6/2/2008<br>Description: TRO/PI |

**Service Pursuant to LCvR 65.1**

I hereby certify pursuant to LCvR 65.1(a) that I have served the foregoing documents upon the following parties by facsimile and/or electronic mail. Such service was completed on June 2, 2008 to:

United States
Department of Agriculture
Office of General Counsel
1400 Independence Ave., S.W.
Washington, DC 20250
(202)-720-8666 Facsimile
Electronic Mail to
Marc.kesselman@usda.gov

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202) 353-1555 Facsimile
Electronic Mail to askdoj@usdoj.gov

United States Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
(202) 307-3569 Facsimile
Electronic Mail to dc.outreach@usdoj.gov

                                                  CLYMER AND MUSSER, P.C.

                                                  s/ Leonard G. Brown, III
                                                  LEONARD G. BROWN, III

Dated: June 2, 2008

Plaintiff's Motion for Temporary Restraining Order