# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

MARY-LOUISE ZANONI,              )
                                 )
    Plaintiff,                   )   Civil Action No.: 08-939 (EGS)
                                 )
  v.                             )
                                 )
UNITED STATES DEPARTMENT OF      )
AGRICULTURE,                     )
                                 )
    Defendant.                   )
_____)

## ORDER

This matter having come before the Court on Plaintiff's Motion for a Temporary Restraining Order and in light of the defendant's willingness to maintain the status quo pending resolution of the merits of plaintiff's complaint, it is hereby

**ORDERED** that, on or before **June 9, 2008**, defendant shall transmit a notice to the Federal Register suspending the effective date of its conversion of the National Premises Information Repository (NPIR) into a Privacy Act system of records pending further order of the Court; and it is further

**ORDERED** that defendant will not alter or destroy the pages of NPIR records identified in response to plaintiff's Freedom of Information Act request; and it is further

**ORDERED** that, in the event defendant requires access to the NPIR in light of a need to identify/track a diseased animal, defendant may do so without acting in violation of the Privacy Act; and it is further

**ORDERED** that the parties shall file a joint motion for a briefing schedule by no later than **June 5, 2008**.

**SO ORDERED.**

**Signed:**     **Emmet G. Sullivan**
**United States District Judge**
**June 4, 2008**