UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY-LOUISE ZANONI, )<br>                                 )<br>      Plaintiff, )<br>                                 )<br>    v.                          )   No. 1:08-cv-939 (EGS)<br>                                 )<br>UNITED STATES DEPARTMENT OF )<br>  AGRICULTURE )<br>                               )<br>      Defendant. ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

     PLEASE TAKE NOTICE that JAMES D. TODD, JR., Senior Counsel, U.S. Department of Justice, Civil Division, will be appearing on behalf of defendant in the above-captioned case. Accordingly, please direct all information concerning this case to the address below.

Dated: June 5, 2008

                                         Respectfully submitted,

                                         /s/ James D. Todd, Jr.
                                         JAMES D. TODD, JR., Senior Counsel
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue, N.W.
                                         Washington, DC 20001
                                         (202) 514-3378
                                         *james.todd@usdoj.gov*
                                         Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

Leonard G. Brown, III
CLYMER & MUSSR, P.C.
408 West Chestnut Street
Lancaster, PA 17603
(717) 299-7101
Email:  len@clymerlaw.com
Attorney for Plaintiff

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.