IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY-LOUISE ZANONI, §
   Plaintiff, §
 §
vs. §
 §
 §
UNITED STATES DEPARTMENT OF § CIVIL ACTION NO. 1:08-cv-
AGRICULTURE, § 00939(EGS)
   Defendant. §

JOINT MOTION TO APPROVE SCHEDULING ORDER

Pursuant to the Court's June 5, 2008 order directing the parties to file a joint briefing schedule in the above captioned action:

1. Defendant agrees to provide responses to the following Freedom of Information Act request of plaintiff by June 24, 2008:

    a. The number of requests to be removed from the premises database that APHIS has received from owners/managers of registered premises; and

    b The number of premises that actually have been removed from the database.

2. Such information shall be provided to plaintiff without prejudice to plaintiff's demand for unredacted records or her request for all records of registered premises contained in the National Premises Information Repository.

3. Plaintiff shall complete service of the complaint no later than June 11, 2008.

4. Defendant shall answer plaintiff's complaint no later than July 1, 2008.

5. Plaintiff shall file any motion for summary judgment by July 2, 2008.

6. Defendant shall file a combined motion for summary judgment and response in opposition to plaintiff's motion for summary judgment by July 21, 2008.

7. Plaintiff shall file a combined response to defendant's motion for summary judgment and reply to defendant's response to plaintiff's motion for summary judgment by August 1, 2008.

8. Defendant shall file any reply to plaintiff's response to defendant's motion for summary judgment by August 8, 2008.

WHEREFORE the parties jointly move the court to enter the attached order.

                              Respectfully submitted,

                              CLYMER & MUSSER, P.C.

Date: June 5, 2008        /s/ Leonard G. Brown III
LEONARD G. BROWN, III
Pennsylvania Bar No. 83207
District of Columbia Bar No. PA0025
408 West Chestnut St.
Lancaster, PA 17603
(717) 299-7101
(717) 299-5115—facsimile
Leonard.brown@clymerlaw.com

UNITED STATES DEPARTMENT OF JUSTICE

<u>/s/ James D. Todd, Jr</u>
JAMES D. TODD, JR., Sr Counsel
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue N.W.
Washington, DC 20530
(202) 514-3378
(202) 616-8470 (fax)
james.todd@usdoj.gov

Case 1:08-cv-00939-EGS   Document 6   Filed 06/05/2008   Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY-LOUISE ZANONI,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 08-cv-939 (EGS)<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

AND NOW this _____ day of June 2008, in consideration of defendant's agreement to provide responses to the following Freedom of Information Act request of plaintiff:

a. The number of requests to be removed from the premises database that APHIS has received from owners/managers of registered premises; and

b  The number of premises that actually have been removed from the database.

it is hereby ORDERED that such information shall be provided to plaintiff no later than June 24, 2008, and shall be without prejudice to plaintiff's demand for unredacted records or her request for all records of registered premises contained in the National Premises Information Repository.

It is FURTHER ORDERED that the parties shall comply with the following scheduling order:

Plaintiff shall complete service of the complaint no later than June 11, 2008.

Defendant shall answer plaintiff's complaint no later than July 1, 2008.

Plaintiff shall file any motion for summary judgment by July 2, 2008.

Defendant shall file a combined motion for summary judgment and response in opposition to plaintiff's motion for summary judgment by July 21, 2008.

Plaintiff shall file a combined response to defendant's motion for summary judgment and reply to defendant's response to plaintiff's motion for summary judgment by August 1, 2008.

Defendant shall file any reply to plaintiff's response to defendant's motion for summary judgment by August 8, 2008.

The court does not contemplate the parties' need for any other dispositive motions or discovery given the briefing schedule above.

SO ORDERED on this _____ day of June, 2008.

_____
EMMET G. SULLIVAN
United States District Judge