IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MARY-LOUISE ZANONI,                 )
                                    )
       Plaintiff,               )    Civil Action No.: 08-939
                                    )    (EGS)
                                    )
   v.                               )
                                    )
UNITED STATES DEPARTMENT OF         )
AGRICULTURE,                        )
                                    )
       Defendant.               )
                                    )
_____)

SCHEDULING ORDER

**The failure of a party or attorney to comply with the provisions of this Order will be viewed with disfavor and may result in the imposition of sanctions. The parties are advised that requests for extensions of time will also be viewed with disfavor and will not be granted as a matter of course. Attorneys of record shall read this Order in its entirety and are responsible for ensuring that members of the attorney's staff are also familiar with and follow these procedures. Furthermore, in view of the Court's limited resources, no one should contact chambers by telephone absent exigent circumstances.**

Pursuant to [6] the Joint Motion to Approve Scheduling Order and upon consideration of defendant's agreement to provide responses to certain Freedom of Information Act requests of plaintiff, it is hereby **ORDERED** that:

(1) The following information shall be provided to plaintiff by no later than **June 24, 2008,** and shall be without prejudice to plaintiff's demand for unredacted records or her request for all records of registered premises contained in the National Premises Information Repository:

> a. The number of requests to be removed from the premises database that APHIS has received from owners/managers of registered premises; and
>
> b. The number of premises that actually have been removed from the database.

(2) Plaintiff shall complete service of the complaint by no later than **June 11, 2008.**  Defendant shall answer plaintiff's complaint by no later than **July 1, 2008.** Plaintiff shall file any motion for summary judgment by no later than **July 2, 2008.** Defendant shall file a combined motion for summary judgment and response in opposition to plaintiff's motion for summary judgment by no later than **July 21, 2008.**  Plaintiff shall file a combined response to defendant's motion for summary judgment and reply to defendant's response to plaintiff's motion for summary judgment by no later than **August 1, 2008.**  Defendant shall file any reply

to plaintiff's response to defendant's motion for summary judgment by no later than **August 8, 2008**.  The court does not contemplate the parties' need for any other dispositive motions or discovery given the briefing schedule above.

(3) Any motion that does not comply with LCvR 7(m) will be, *sua sponte*, stricken by the Court from the record.

(4) **Every pleading should indicate, immediately below the Civil Action No. in the caption, the next scheduled Court deadline, such as a status conference, or pretrial conference, or trial date.  Pleadings that do not comply with this instruction will be, *sua sponte*, stricken by the Court from the record.**

(5) Counsel are directed not to communicate with anyone on Judge Sullivan's staff on an *ex parte* basis.  In the event it is absolutely necessary to communicate with Judge Sullivan's staff regarding this case, counsel are directed to arrange, at their expense, a conference telephone call with counsel for all other parties, and any pro se party, and speak directly with chambers, at 202-354-3260, or the courtroom deputy, Carol Votteler, at 202-354-3152.  It will not be the responsibility of anyone on Judge Sullivan's staff to arrange any telephone calls.

(6) Any request for an extension of time shall be made by filing a motion and shall state whether any prior extensions of time have been granted and whether the extension will impact any other scheduled dates.

It is **FURTHER ORDERED** that the Clerk of the Court is not required to provide hard copies of any pleading filed electronically in the above captioned case to supernumerary attorneys of a law firm who have not entered their appearance on the electronic case filing system (ECF) and registered for a password granting them access to electronic dockets.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**June 9, 2008**