# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Mary-Louise Zanoni**

    Plaintiff

vs.

**United States Department of Agriculture**

    Defendant

Attorney:

Clymer & Musser, P.C.
408 W. Chestnut St.
Lancaster, PA. 17603

**Case Number:** 1:08-cv-00939

Legal documents received by Same Day Process Service on June 06th, 2008 at 10:00 AM to be served upon **U.S. Attorney General, US Department of Justice at 950 Pennsylvania Ave. NW, Washington, DC. 20530**

I, B. Tony Snesko, swear and affirm that on **June 06th, 2008 at 11:35 AM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons In A Civil Case; Notice Of Right To Consent To Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Verified Complaint For Injunctive And Declaratory Relief; Exhibits**, to **Donna Monroe** as **General Clerk 2 & Authorized Agent** of the within named agency, to wit: **US Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'4"   Weight: 135   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000010108

District of Columbia: SS
Subscribed and Sworn to before me
this 6 day of June 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012.