# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

**Mary-Louise Zanoni**

    Plaintiff

vs.

**United States Department of Agriculture**

    Defendant

Attorney:

Clymer & Musser, P.C.
408 W. Chestnut St.
Lancaster, PA. 17603

Case Number: 1:08-cv-00939

Legal documents received by Same Day Process Service on June 06th, 2008 at 10:00 AM to be served upon **United States Attorney of the District of Columbia at 555 4th St. NW, Washington, DC. 20530**

I, B. Tony Snesko, swear and affirm that on **June 06th, 2008 at 11:20 AM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons In A Civil Case; Notice Of Right To Consent To Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Verified Complaint For Injunctive And Declaratory Relief; Exhibits**, to Gary Nails as **Authorized Agent** of the within named agency, to wit: **Attorney of the District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 35  Height: 5'10  Weight: 175  Skin Color: Black  Hair Color: Black  Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000010106

District of Columbia: SS
Subscribed and Sworn to before me,
this ___ day of June, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.