# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Mary-Louise Zanoni** | Attorney: |
| Plaintiff | Clymer & Musser, P.C. |
| vs. | 408 W. Chestnut St. |
| | Lancaster, PA. 17603 |
| **United States Department of Agriculture** | |
| Defendant | |

Case Number: 1:08-cv-00939

Legal documents received by Same Day Process Service on June 06th, 2008 at 10:00 AM to be served upon **U.S. Department of Agriculture, Office of General Counsel at 1400 Independence Ave. SW, Washington, DC. 20250**

I, B. Tony Snesko, swear and affirm that on **June 06th, 2008 at 11:48 AM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons In A Civil Case; Notice Of Right To Consent To Trial Before United States Magistrate Judge; Initial ECF Order; ECF Attorney/Participant Registration Form; Verified Complaint For Injunctive And Declaratory Relief; Exhibits**, to **James Kelly** as **General Counsel & Authorized Agent** of the within named agency, to wit: **U.S. Department of Agriculture** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 60  Height: 5'10"  Weight: 165  Skin Color: white  Hair Color: Brown & Gray  Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000010107

District of Columbia: SS
Subscribed and Sworn to before me, this 6 day of June 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.