**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARY-LOUISE ZANONI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-939 (EGS) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE SCHEDULING ORDER**

Pursuant to this Court's Standing Order and Local Rule 7, for good cause shown,

defendant files this Unopposed Motion to Extend Time for Defendant to file his Combined

Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.  In

support of this Unopposed Motion, Defendant states the following:

1.  On June 5, 2008, the parties submitted a Joint Motion for Scheduling Order [Doc. No.

6] that set a briefing schedule for the parties' cross motions for summary judgment.  On June 9,

2008, this Court Granted the parties' Joint Motion entered a Scheduling Order based on that

Motion.  Pursuant to that Order, Plaintiff filed her Motion for Summary Judgment on July 2,

2008.

2.  The parties' Joint Motion had proposed a briefing schedule based on the parties' then-

anticipated needs to prepare their motions for summary judgment and on their anticipated family

vacation schedules.  However, Defendant's counsel now anticipates that Defendant will need

more time in order to prepare adequately its Motion for Summary Judgment and supporting

declarations.  In addition, the dates of Defendant's undersigned counsel's vacation with his

immediate and extended family have been changed such that they now conflict with the dates for

Defendant's Reply.

3. Defendant's undersigned counsel contacted plaintiff's counsel to discuss these

scheduling problems, and the parties agreed to continue the remaining briefing schedule in order

to give Defendant more time to prepare and file its Motion for Summary Judgment and to allow

defendant's undersigned counsel to take part in his family's vacation.  Accordingly, the parties'

propose the following schedule:

4. Defendant will file its Combined Cross-Motion for Summary Judgment and

Opposition to plaintiff's Motion for Summary Judgment no later than July 30, 2008.

5. Plaintiff will file her Combined Reply in Support of His Motion for Summary

Judgment and Opposition to defendant's Motion for Summary Judgment no later than August

11, 2008; and

6. Defendant will file its Reply in Support of Motion for Summary Judgment no later

than August 21, 2008.

Pursuant to Local Rule 7(m), undersigned counsel for Defendant hereby certifies that he

contacted Plaintiff's counsel about this motion and that Plaintiff's counsel does not oppose this

motion.  A proposed order is attached.

## CONCLUSION

For good cause shown, this Court should grant Defendant's Unopposed Motion to

Continue Scheduling Order.

Dated: July 15, 2008

Respectfully submitted,

/s/ James D. Todd, Jr.
JAMES D. TODD, JR., Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 514-3378
*james.todd@usdoj.gov*
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, a copy of the foregoing document was filed

electronically via the Court's ECF system, through which a notice of the filing will be sent to:

Leonard G. Brown, III
CLYMER & MUSSR, P.C.
408 West Chestnut Street
Lancaster, PA 17603
(717) 299-7101
Email:  len@clymerlaw.com
Attorney for Plaintiff

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY-LOUISE ZANONI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     No. 1:08-cv-939 (EGS) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF JAMES D. TODD, JR. IN SUPPORT OF**
**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SCHEDULING ORDER**

I, James D. Todd, Jr., declare the following:

1. On June 5, 2008, the parties submitted a Joint Motion for Scheduling Order [Doc. No. 6] that set a briefing schedule for the parties' cross motions for summary judgment. The parties' Joint Motion had proposed a briefing schedule based on the parties' anticipated needs to prepare their motions for summary judgment and on their anticipated family vacation schedules.

2. Defendant's counsel now anticipates that Defendant will need more time in order to prepare adequately its Motion for Summary Judgment and supporting declarations. In addition, the dates of Defendant's undersigned counsel's vacation with his immediate and extended family have also been changed such that they now conflict with the dates for Defendant's Reply.

3. Defendant's undersigned counsel contacted plaintiff's counsel to discuss these scheduling problems, and the parties agreed to continue the remaining briefing schedule in order to give Defendant more time to prepare and file its Motion for Summary Judgment and to allow defendant's undersigned counsel to take part in his family's vacation.

I declare the foregoing is true and correct under penalty of perjury.

Dated:  July 15, 2008

JAMES D. TODD, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, a copy of the foregoing document was filed

electronically via the Court's ECF system, through which a notice of the filing will be sent to:

Leonard G. Brown, III
CLYMER & MUSSR, P.C.
408 West Chestnut Street
Lancaster, PA 17603
(717) 299-7101
Email:  len@clymerlaw.com
Attorney for Plaintiff

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARY-LOUISE ZANONI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-939 (EGS) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNOPPOSED**
**MOTION TO CONTINUE SCHEDULING ORDER**

Upon consideration of Defendant's Unopposed Motion to Contine Scheduling Order, for

good cause shown:  it is hereby ORDERED that the Unopposed Motion is GRANTED; and it is

further ORDERED that:

1.    Defendant will file its Combined Cross-Motion for Summary Judgement and
      Opposition to plaintiff's Motion for Summary Judgment no later than July 30,
      2008;

2.    Plaintiff will file her Combined Reply in Support of His Motion for Summary
      Judgment and Opposition to defendant's Motion for Summary Judgment no later
      than August 11, 2008; and

3.    Defendant will file its Reply in Support of Motion for Summary Judgment no
      later than August 21, 2008.

Dated: _____

/s/ Emmet G. Sullivan
EMMET G. SULLIVAN
United States District Court Judge