IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY-LOUISE ZANONI,<br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br>    Defendant. | CIVIL ACTION NO. 08-939 (EGS)<br><br>(Combined motion for summary judgment and response in opposition to plaintiff's motion for summary judgment due July 21, 2008) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS**

Pursuant to Local Rules 7.1(h) and 56.1, Plaintiff Mary Louise Zanoni, submits the following response to Defendant's Statement of Material Facts submitted in support of its motion for summary judgment:

1. Undisputed.
2. Undisputed.
3. Undisputed.
4. Undisputed.
5. Undisputed.
6. Undisputed.
7. Undisputed.
8. Disputed.  Records, and columns C through Q of the NPIR that are responsive to plaintiff's FOIA request item number 1, are not exempt from disclosure pursuant to exemption 3, 5 USC §552(b)(3), as §1619 of

the Food Conservation and Energy Act of 2008 does not prohibit their disclosure and neither does exemption 6, 5 USC §552(b)6 prohibit the disclosure of these records as it is not an unwarranted invasion of the personal privacy of the individuals identified therein.

9. Disputed. It is disputed that USDA has released all records responsive to plaintiff's request as none of the exemptions claimed by USDA are applicable to its refusal to disclose all records requested by plaintiff.

Respectfully Submitted,

CLYMER AND MUSSER, P.C.

*/s/ Leonard G. Brown, III*
Leonard G. Brown, III
Pennsylvania Bar No. 83207
DDC Bar No. PA0025
408 West Chestnut St.
Lancaster, PA 17603
(717) 299-7101
(717) 299-5115 – facsimile

Dated: August 11, 2008

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served a true and correct copy of the foregoing document pursuant to the electronic case filing system of the District Court for the District of Columbia on the following individual(s):

        JAMES D. TODD, JR., Sr Counsel
        U.S. DEPARTMENT OF JUSTICE
        20 Massachusetts Avenue N.W.
        Washington, DC 20530
        (202) 514-3378
        (202) 616-8470 (fax)
        james.todd@usdoj.gov

**CLYMER & MUSSER, P.C.**

By:        _s/Leonard G. Brown, III_____
           Leonard G. Brown, III, Esquire
           Attorney for Plaintiff
           408 West Chestnut Street
           Lancaster, PA 17603
           (717) 299-7101

Dated: August 11, 2008