IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY-LOUISE ZANONI, §<br>§<br>Plaintiff, §<br>§<br>vs. §<br>§<br>§ CIVIL ACTION NO. 08-939 (EGS)<br>UNITED STATES DEPARTMENT OF §<br>AGRICULTURE, §<br>§<br>Defendant. § | |

**AFFIDAVIT OF FLOYD HALL**

I, Floyd Hall, hereby swear and depose as follows:

1. I make this declaration pursuant to 28 U.S.C. § 1746 upon my personal knowledge of the facts. I am over the age of 18 and am competent to testify to the facts stated herein.

2. I am a citizen of the United States and a resident of the State of New York.

3. I have worked in agriculture all of my life and grew up in a dairy farming family. I have run my own dairy farm and raised dairy heifers. Since retiring from dairy farming I have worked as a cattle hauler.

4. I am a member of the American Raw Milk Producers Pricing Association (ARMPPA), Progressive Agriculture Organization, Family Farm Defenders (FFD), and Empire State Family Farm

      Alliance. I also very actively participate in programs and events sponsored by the National Family Farm Coalition (NFFC), a Washington-based family farm umbrella group whose members include ARMPPA and FFD. In my capacity as a member and supporter of these groups, I regularly participate in lobbying efforts in Washington, attend and arrange meetings of farmers and their representatives, and regularly disseminate information about legislative, regulatory and business developments affecting family farmers. I have been doing this type of volunteer work in support of family farmers for over ten years. Farmers in my area and elsewhere consult me with their questions about issues of farm policy and I conduct outreach to farmers about issues affecting them.

5. The groups for which I volunteer are opposed to the National Animal Identification System (NAIS) because of its negative effects on family farmers. Therefore, I have followed the issue of NAIS in the agricultural and general media closely, and have attended and organized several meetings on the subject of NAIS and its detrimental effects on family farmers, including a meeting of Family Farm Defenders in April 2007 in Ohio and a meeting in Hammond, New York in May 2008.

6. In 2006 and 2007 I became aware that farmers in my area had received notices from the New York Department of Agriculture &

Markets ("Ag & Markets") about NAIS. Many of these farmers had no idea what NAIS was. In fact, until the spring of 2007, after I had attended discussions of NAIS sponsored by Family Farm Defenders, I myself did not understand that farmers receiving the Ag & Markets notices had already been placed into the NAIS premises ID program before receiving the notices.

7. These farmers had done nothing to sign up for NAIS and most opposed the NAIS program after learning about it. The Ag & Markets notices contained a form for the farmers to list their names and contact information, and most of these farmers assumed that they were to fill out this form if they wanted to participate in the "voluntary" NAIS program. Since these farmers did not want to participate in NAIS, they did not fill out or return the forms.

8. However, contrary to the farmers' understanding of the forms, upon close inspection, these notices actually informed farmers that they already had been placed in the NAIS program by Ag & Markets without the farmers' prior knowledge or permission (Ag & Markets having taken pre-existing data on the farmers from state programs and sent it to the NAIS program). The forms sent with the notices were actually to be filled out if the farmers wanted to "opt out" of NAIS, and not, as the farmers thought, to be submitted to "opt in" to NAIS.

9. The notices and forms sent to farmers by Ag & Markets appear to have been designed to create confusion on the part of farmers that would prevent the farmers from understanding that Ag & Markets unilaterally had submitted the farmers' information to the NAIS program and that the farmers now would have to take affirmative steps to "opt out" of NAIS. Many farmers assumed, because of statements by Ag & Markets and USDA that NAIS is "voluntary," they would not be put into NAIS unless they filled out the forms supplied by Ag & Markets. I myself had assumed this until I had attended presentations on how NAIS was being implemented by datamining existing state records of livestock programs. The farmers receiving the Ag & Markets notices did not understand that they had already been placed into NAIS and would have to use the provided forms not, as they assumed, to "opt in" to NAIS, but rather, that they were required to use the forms to "opt out" of NAIS.

10. Given the misunderstandings about the Ag & Markets notice and forms that were prevalent among farmers I spoke to, I believe that many farmers throughout New York State who would have wanted to "opt out" of NAIS failed to do so because they did not understand that they had already been enrolled in NAIS by Ag &

4

Markets and did not understand that filling out the form was necessary to "opt out" of NAIS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-8-08          *Floyd Hall*
                            Floyd Hall